In the Matter of the Petition of ALICE CARY ROWLAND and Others to Render and Settle Their Intermediate Account as Executors, etc., of CHARLES BRADLEY ROWLAND, Deceased. ALICE CARY ROWLAND and Others, Individually and as Executors, etc., of CHARLES BRADLEY ROWLAND, Deceased, Appellants; CYRUS S. JULLIEN, as Special Guardian for ANN ELSWORTH ROWLAND, an Infant, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of THE YONKERS RAILROAD COMPANY for an Order of Mandamus Directed to THE CITY OF YONKERS and EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers. THE YONKERS RAILROAD COMPANY, Respondent; THE CITY OF YONKERS and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

LAWRENCE E. KIRWIN, Respondent, v. COMMON SCHOOL DISTRICT NO. 9 OF THE TOWN OF ISLIP, SUFFOLK COUNTY, NEW YORK; JAMES A. SWAN and Others, as Trustees of Common School District No. 9, etc., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

KOKANCOAL COMPANY, INC., Appellant, v. ERWIN J. KASTEN, Respondent, and JOHN A. REYNOLDS, Doing Business as the LEHIGH COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

MARY MALONEY, as Administratrix, etc., of EDWARD R. MALONEY, Deceased, Respondent, v. HEARST HOTELS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

MILDRED MARTIN and BERNARD F. MARTIN, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

SAM MENDUKE, Appellant, v. TILLIE LIEBERMAN and Others, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ARGIRO PAGNONI, Appellant, v. ELSIE PAGNONI, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

CLARA L. PENROSE, Respondent, v. LILLIAN M. DOODY and Others, Defendants, and MARGUERITE DOODY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal, upon condition that within five days from the entry of the order hereon the appellant furnish additional corporate security in the sum of $250; otherwise, the motion for a stay is denied. (See Civ. Prac. Act., § 591.) Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.